# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Mari Mar P. Sanchez

*Plaintiff*

V.

Columbia Debt Recovery, LLC; doing business as Genesis Credit Management

*Defendant*

Civil Action No. 23cv0156-TWR-BGS



## SUMMONS IN A CIVIL ACTION

To: *Columbia Debt Recovery, LLC; doing business as Genesis Credit Management*
C/O REGISTERED AGENT
CORPORATION SERVICE COMPANY
D/B/A CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO, CA  95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alexander James Adducci Taylor
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
331-307-7646

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: _____1/27/23_____

John Morrill
*CLERK OF COURT*

S/                    M. Williams
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 23-CV-0156-TWR-BGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Columbia Debt Recovery, LLC Doing business as Genesis Credit Management**

was received by me on *(date)* 02/06/2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Nicole Stauss, Authorized Agent for _____ , who is designated by law to accept service of process on behalf of *(name of organization)* Corproation Service Company 2710 Gateway Oaks Drive, Ste 150 N , Sacramento, CA  on *(date)* 02/06/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 02/08/2023

*Server's signature*

Jenice Rossner, Process Server
*Printed name and title*

3104 O Street. #230
Sacramento, CA 95816

*Server's address*

Additional information regarding attempted service, etc:
DOCUMENTS SERVED:
Summons; Complaint;